UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 3:04cr5/MCR

TAMECCA SHAW MUSA
_____/

ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 motion (doc. 165) advising that a reduction in Defendant's sentence may be warranted by her cooperation and substantial assistance since her sentencing. The Court finds that a reduction is proper to reward her assistance to the Government in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced to 36 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed July 1, 2005, shall remain unchanged.

ORDERED this 19th day of May, 2006.

                                    s/ *M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE